```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20528
   DENNIS J PRZYBYLSKI
   GENIE L PRZYBYLSKI                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1060    SSN XXX-XX-7777

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/07 .

   2.  The case was dismissed without confirmation, 04/18/2008.

   3.  The Debtor paid a total of $   3012.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 882.36 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED              .00           .00
KOHLS                      UNSECURED       NOT FILED              .00           .00
MCYDSNB                    UNSECURED       NOT FILED              .00           .00
EMERGENCY TREATMENT SC     UNSECURED       NOT FILED              .00           .00
NICOR GAS                  UNSECURED       NOT FILED              .00           .00
REPRODUCTIVE GENETIC INS   UNSECURED       NOT FILED              .00           .00
RUSH COPLEY MENORIAL HOS   UNSECURED       NOT FILED              .00           .00
THD CBSD                   UNSECURED       NOT FILED              .00           .00
TARGET                     UNSECURED       NOT FILED              .00           .00
VON MAUR                   UNSECURED       NOT FILED              .00           .00
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED              .00           .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00          .00           .00
PRINCIPAL PAID        882.36           .00          .00          .00        882.36
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID            882.36           .00          .00          .00        882.36
```

The Debtor's attorney, ILLINI LEGAL SERVICES         , was allowed $   3500.00
and was paid $   2000.00   direct and $   1500.00   through the plan.

The Trustee received $     146.68 .

Refunds to the Debtor totaled $    482.96 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 07/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
       CASE NO. 07 B 20528 DENNIS J PRZYBYLSKI & GENIE L PRZYBYLSKI